# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0028.   FULTON COUNTY BOARD OF COMMISSIONERS et al. v. FULTON COUNTY REPUBLICAN PARTY.**

Appellants filed an emergency motion for supersedeas in the Supreme Court in connection with their appeal of a writ of mandamus issued by the Superior Court of Fulton County on August 4, 2025. The Supreme Court transferred the matter to this Court. See Case No. S25M0076 (Aug. 18, 2025).

We decline to exercise our limited powers under Court of Appeals Rule 40 (b). The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/19/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*